UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LAURA B. EDDY,

    Plaintiff,

v.

Case No. 10-CV-14891
HON. GEORGE CARAM STEEH

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.

_____/

## JUDGMENT

The above entitled matter has come before the court on cross-motions for summary judgment, and in accordance with the court's order granting defendant's motion entered this date,

IT IS ORDERED AND ADJUDGED that judgment hereby is GRANTED in favor of defendant on plaintiff's claims.

                DAVID J. WEAVER
                CLERK OF THE COURT

                BY: s/Josephine Chaffee
                      DEPUTY COURT CLERK

Dated:  January 9, 2012